# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **GENERATOR TECHNOLOGIES, LLC**     **CHAPTER 11**
             **Debtor**     **CASE NO. 22-00833-JAW**

## SMALL BUSINESS DOCUMENTS COVER SHEET

COMES NOW Generator Technologies, LLC (the "Debtor"), and files this its Small Business Documents and respectfully submits as follows, to-wit:

Exhibit 1:     Statements of Assets, Liabilities, and Equity - Tax Basis

Exhibit 2:     Statements of Revenue and Expenses - Tax Basis

The Debtor has provided a copy of its 2020 federal income tax return to the United States Trustee and to the Subchapter V Trustee.

THIS, the 6th day of May, 2022.

             Respectfully submitted,

             GENERATOR TECHNOLOGIES, LLC

             By Its Attorneys,

             LAW OFFICES OF CRAIG M. GENO, PLLC

             By: _/s/ Craig M. Geno_
                     Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

## CERTIFICATE OF SERVICE

    I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

| | |
|---|---|
| Christopher J. Steiskal, Esq. | Kimberly Strong |
| christopher.j.steiskal@usdoj.gov | kstrong@hrkcpa.com |

THIS, the 6th day of May, 2022.

/s/ Craig L. Geno
Craig M. Geno

# Generator Technologies, LLC

Statements of assets, liabilities, and equity - tax basis

As of December 31, 2021 and 2020

|  | TOTAL | |
|---|---:|---:|
|  | AS OF DEC 31, 2021 | AS OF DEC 31, 2020 (PY) |
| ASSETS | | |
|  Current Assets | | |
|   Bank Accounts | | |
|    Community Business 8184 | 10,841.97 | 18,160.54 |
|  **Total Bank Accounts** | **$10,841.97** | **$18,160.54** |
|   Other Current Assets | | |
|    ERC Tax Credit Receivable | 109,895.39 | 23,342.00 |
|    Financed Loan Fees | | |
|     BizzFund Note Fee | 13,838.08 | 6,333.34 |
|     Broadway Note Fees | 10,291.76 | 0.00 |
|     Fox Capital Group Loan Fees | 2,892.50 | |
|     ML Factors Loan Fee | 14,636.39 | |
|     SBA Loan Fee | 19,430.00 | 19,430.00 |
|     The Smarter Merchant Note Fee | 73,272.79 | |
|  **Total Financed Loan Fees** | **134,361.52** | **25,763.34** |
|    Repayment | | |
|     Advance | 190.00 | |
|  **Total Repayment** | **190.00** | |
|  **Total Other Current Assets** | **$244,446.91** | **$49,105.34** |
| **Total Current Assets** | **$255,288.88** | **$67,265.88** |

1/4

# Generator Technologies, LLC

Statements of assets, liabilities, and equity - tax basis

As of December 31, 2021 and 2020

|  | TOTAL | |
| --- | ---: | ---: |
|  | AS OF DEC 31, 2021 | AS OF DEC 31, 2020 (PY) |
| Fixed Assets |  |  |
|   Accumulated Depreciation | -49,636.00 | -49,636.00 |
|   Klein Trailer 8.5 x 16 | 7,335.05 |  |
|   Machinery & Equipment | 23,099.50 | 23,099.50 |
|   Sign | 6,166.95 |  |
|   Vehicles |  |  |
|     2008 Chevy HD | 9,445.00 | 9,445.00 |
|     2016 Ford F350 | 33,758.00 | 33,758.00 |
|     2017 Ford F250 | 42,683.90 | 42,683.90 |
|     2017 Nissan Frontier Pickup | 21,990.00 |  |
|     2018 Ford F150 | 40,503.51 | 40,503.51 |
|     2019 Ford F-250 | 66,699.34 |  |
|     2020 FORD F-350 | 67,033.50 |  |
| **Total Vehicles** | **282,113.25** | **126,390.41** |
| **Total Fixed Assets** | **$269,078.75** | **$99,853.91** |
| Other Assets |  |  |
|   Loan to Shareholder | 116,010.98 | 116,010.98 |
|   Security Deposits | 3,659.00 | 1,659.00 |
| **Total Other Assets** | **$119,669.98** | **$117,669.98** |
| **TOTAL ASSETS** | **$644,037.61** | **$284,789.77** |

2/4

# Generator Technologies, LLC

Statements of assets, liabilities, and equity - tax basis

As of December 31, 2021 and 2020

|  | TOTAL | |
|---|---:|---:|
|  | AS OF DEC 31, 2021 | AS OF DEC 31, 2020 (PY) |
| **LIABILITIES AND EQUITY** | | |
|  Liabilities | | |
|   Current Liabilities | | |
|    Credit Cards | | |
|     Business Prime American Express | 2,040.14 | 2,358.04 |
|     Community Visa Business Card | 14,798.01 | 14,100.00 |
|     Exxon Credit Card | 2,083.48 | 1,808.44 |
|     Lowe's ProServices | 3,154.22 | 1,436.73 |
|    **Total Credit Cards** | **$22,075.85** | **$19,703.21** |
|    Other Current Liabilities | | |
|     BizFund Loan | 63,799.50 | 82,208.21 |
|     Broadway Note Payable | 46,443.87 | 0.00 |
|     Fox Capital Group Loan | 49,004.48 | |
|     Fundbox Invoice Advances | 18,448.37 | 20,143.87 |
|     ML Factors Loan | 57,412.33 | |
|     Payroll Liabilities | | |
|      Federal Taxes (941/944) | 1,768.65 | 1,041.26 |
|      Federal Unemployment (940) | 504.00 | 336.00 |
|      MS Income Tax | 2,413.00 | 1,368.00 |
|      MS Unemployment Tax | 523.68 | 0.00 |
|    **Total Payroll Liabilities** | **5,209.33** | **2,745.26** |
|     PPP LOAN | 15,294.58 | 26,400.00 |
|     Sales Tax Payable | 0.00 | 0.00 |
|      Mississippi Department of Revenue Payable | 29,923.90 | 10,476.86 |
|    **Total Sales Tax Payable** | **29,923.90** | **10,476.86** |
|     The Smarter Merchant Loan | 65,124.83 | 7,945.00 |
|    **Total Other Current Liabilities** | **$350,661.19** | **$149,919.20** |
|   **Total Current Liabilities** | **$372,737.04** | **$169,622.41** |
|   Long-Term Liabilities | | |
|    Allied Financial | 13,256.81 | 20,865.03 |
|    Ally 2018 FORD 150 | 26,037.93 | 30,503.51 |
|    ALLY 2019 FORD 250 | 42,824.47 | |
|    ALLY 2020 FORD F-350 | 53,120.31 | |
|    Carvana | 23,221.47 | |
|    Ford Note Payable | 19,826.36 | 24,915.35 |
|    SBA Loan | 150,000.00 | 150,000.00 |
|   **Total Long-Term Liabilities** | **$328,287.35** | **$226,283.89** |
|  **Total Liabilities** | **$701,024.39** | **$395,906.30** |

# Generator Technologies, LLC

Statements of assets, liabilities, and equity - tax basis

As of December 31, 2021 and 2020

|  | TOTAL | |
|---|---:|---:|
|  | AS OF DEC 31, 2021 | AS OF DEC 31, 2020 (PY) |
| Equity | | |
| Capital Contributions- C. Battles | -55,608.27 | 4,672.50 |
| Capital Contributions- L. Battles | -53,108.26 | 4,672.50 |
| Common Stock | 100.00 | 100.00 |
| Draw- C. Battles | -14,935.19 | 0.00 |
| Draw- L. Battles | -30,600.37 | 0.00 |
| Partner Distributions | -500.00 | |
| Retained Earnings | 0.00 | -56,725.00 |
| Net Income | 97,665.31 | -63,836.53 |
| **Total Equity** | **$ -56,986.78** | **$ -111,116.53** |
| **TOTAL LIABILITIES AND EQUITY** | **$644,037.61** | **$284,789.77** |

**Note**

Substantially all disclosures ordinarily included in tax basis financial statements are omitted, and no assurance is provided on these financial statements.

# Generator Technologies, LLC

## Statements of Revenue and Expenses-Tax Basis
### October - December, 2021

|  | TOTAL | |
|---|---:|---:|
|  | OCT - DEC, 2021 | OCT - DEC, 2020 (PY) |
| Income | | |
|   Discounts/Refunds Given | | -2,459.90 |
|   Rebate | -346.13 | |
|   Sales | 195.00 | |
|   Sales of Product Income | 694,339.32 | 420,199.90 |
|   Service Income | 12,042.36 | 8,666.92 |
| **Total Income** | **$706,230.55** | **$426,406.92** |
| Cost of Goods Sold | | |
|   Cost of Goods Sold | 232,552.10 | 14,350.00 |
|   Financing Account Fees | 4,800.00 | |
|   Freight and Shipping Costs | 1,328.19 | |
|   Sales Tax | | 773.10 |
|   Subcontractors | 3,294.20 | 3,659.30 |
|   Supplies and Materials | 49,523.51 | 182,834.76 |
| **Total Cost of Goods Sold** | **$291,498.00** | **$201,617.16** |
| **GROSS PROFIT** | **$414,732.55** | **$224,789.76** |
| Expenses | | |
|   Advertising and Promotion | 5,884.87 | 2,824.23 |
|     Leads | 310.00 | 35.00 |
|   **Total Advertising and Promotion** | **6,194.87** | **2,859.23** |
|   Auto and Truck Expenses | 38.00 | |
|     Fuel | 13,144.65 | 6,002.29 |
|     Insurance | 8,119.35 | 6,282.52 |
|     Registration | | 792.20 |
|     Repairs | 4,482.60 | 5,709.05 |
|   **Total Auto and Truck Expenses** | **25,784.60** | **18,786.06** |
|   Bad Debts | | -95.00 |
|   Bank Charges | 33,741.04 | 14,559.84 |
|     Merchant Account Fees | 1,789.90 | 1,732.98 |
|     QuickBooks Payments Fees | 5,780.98 | |
|     SBA Loan Fee Amortization | | 502.50 |
|   **Total Bank Charges** | **41,311.92** | **16,795.32** |
|   Computer and Internet Expenses | 1,363.26 | 1,525.48 |
|   Continuing Education | 1,990.00 | 675.00 |
|   Depreciation Expense | | 18,091.00 |

# Generator Technologies, LLC

## Statements of Revenue and Expenses-Tax Basis
### October - December, 2021

|  | TOTAL | |
|---|---:|---:|
|  | OCT - DEC, 2021 | OCT - DEC, 2020 (PY) |
| Dues and Subscriptions |  | 700.00 |
| Insurance |  | 1,429.91 |
|   General Liability | 838.02 | -561.29 |
|   Workers Comp | 2,727.66 | 1,079.00 |
| **Total Insurance** | **3,565.68** | **1,947.62** |
| Interest Expense | 98,391.40 | 87,022.07 |
| Lease | 799.29 | 874.29 |
| Legal & Professional Fees | 10,589.50 | 8,000.00 |
| Meals & Entertainment |  |  |
|   Meals - Employee | 1,006.02 | 562.88 |
|   Meals - Business Promotion |  | 63.50 |
|   Travel Meals | 300.00 | 200.00 |
| **Total Meals & Entertainment** | **1,306.02** | **826.38** |
| Office Supplies | 3,382.49 | 1,169.86 |
| Payroll Expenses | 7,056.00 |  |
|   Company Contributions |  |  |
|     Health Insurance | -1,393.37 | -8,535.66 |
|     Retirement | 4,527.63 |  |
| **Total Company Contributions** | **3,134.26** | **-8,535.66** |
|   ERC Tax Credit Income | -109,895.39 | -23,342.00 |
|   Taxes | 14,265.71 | 4,491.76 |
|   Wages | 189,244.78 | 109,305.14 |
| **Total Payroll Expenses** | **103,805.36** | **81,919.24** |
| Penalties & Fees | 1,288.06 |  |
| Postage and Delivery |  | 43.20 |
| Reimbursements | 551.60 |  |
| Rent Expense | 14,157.00 | 5,523.00 |
| Repairs and Maintenance | 350.00 | 365.59 |
| Taxes & Licenses |  |  |
|   Business Licenses and Permits | 100.96 |  |
|   Taxes Other | 148.71 |  |
| **Total Taxes & Licenses** | **249.67** |  |
| Telephone Expense | 5,670.23 | 15.94 |
| Tools and Small Equipment - Expense |  | 94.13 |
| Travel |  |  |
|   Lodging | 1,065.75 |  |
|   Transportation | 4,598.85 | 2,406.71 |
| **Total Travel** | **5,664.60** | **2,406.71** |
| Uniforms | 200.00 |  |

2/3

# Generator Technologies, LLC

## Statements of Revenue and Expenses-Tax Basis
### October - December, 2021

|  | TOTAL | |
|---|---:|---:|
|  | OCT - DEC, 2021 | OCT - DEC, 2020 (PY) |
|   Utilities | 980.67 |  |
| **Total Expenses** | **$327,596.22** | **$249,545.12** |
| NET OPERATING INCOME | $87,136.33 | $ -24,755.36 |
| Other Income |  |  |
|   Cares Act - MS Grant Income |  | 25,000.00 |
|   Interest Income |  | 2,586.63 |
|   Other Miscellaneous Income | 265.67 |  |
| **Total Other Income** | **$265.67** | **$27,586.63** |
| NET OTHER INCOME | $265.67 | $27,586.63 |
| NET INCOME | $87,402.00 | $2,831.27 |

**Note**

Substantially all disclosures ordinarily included in tax basis financial statements are omitted, and no assurance is provided on these financial statements.

# Generator Technologies, LLC

## Statements of Revenue and Expenses-Tax Basis
### January - December 2021

|  | TOTAL | |
|---|---:|---:|
|  | JAN - DEC 2021 | JAN - DEC 2020 (PY) |
| **Income** | | |
|   Discounts/Refunds Given | -1,934.90 | -5,865.83 |
|   Rebate | 3,253.87 | 18,367.40 |
|   Sales | 1,544.57 | |
|   Sales of Product Income | 2,463,220.77 | 1,463,458.75 |
|   Sales Tax Discount | 350.64 | 250.00 |
|   Service Income | 56,796.18 | 46,099.69 |
|   Shipping and Freight Income | 334.54 | |
|   Unapplied Cash Payment Income | 0.21 | 0.00 |
| **Total Income** | **$2,523,565.88** | **$1,522,310.01** |
| **Cost of Goods Sold** | | |
|   Cost of Goods Sold | 904,407.41 | 14,608.07 |
|   Equipment Rental for Jobs | 512.85 | |
|   Financing Account Fees | 4,800.00 | |
|   Freight and Shipping Costs | 1,835.55 | 170.00 |
|   Sales Tax | | 2,920.49 |
|   Subcontractors | 25,226.19 | 17,574.25 |
|   Supplies and Materials | 227,884.29 | 838,137.40 |
| **Total Cost of Goods Sold** | **$1,164,666.29** | **$873,410.21** |
| **GROSS PROFIT** | **$1,358,899.59** | **$648,899.80** |
| **Expenses** | | |
|   Advertising and Promotion | 25,538.45 | 13,960.98 |
|     Leads | 935.00 | 70.00 |
|     Website | | 159.09 |
| **Total Advertising and Promotion** | **26,473.45** | **14,190.07** |
|   Auto and Truck Expenses | 307.71 | |
|     Fuel | 34,843.47 | 18,939.93 |
|     Insurance | 24,466.17 | 9,776.81 |
|     Registration | 14.00 | 827.17 |
|     Repairs | 14,609.81 | 15,093.36 |
| **Total Auto and Truck Expenses** | **74,241.16** | **44,637.27** |
|   Bank Charges | 97,528.70 | 50,003.86 |
|     Merchant Account Fees | 8,149.06 | 5,008.22 |
|     QuickBooks Payments Fees | 14,583.30 | |
|     SBA Loan Fee Amortization | | 670.00 |
| **Total Bank Charges** | **120,261.06** | **55,682.08** |

1/3

## Generator Technologies, LLC

Statements of Revenue and Expenses-Tax Basis

January - December 2021

|  | TOTAL | |
|---|---:|---:|
|  | JAN - DEC 2021 | JAN - DEC 2020 (PY) |
| Charitable Contributions | 132.50 | 115.00 |
| Computer and Internet Expenses | 8,657.27 | 6,966.45 |
| Consulting | 320.00 | 948.00 |
| Continuing Education | 4,280.00 | 1,592.79 |
| Depreciation Expense |  | 18,091.00 |
| Disposal |  | 91.70 |
| Dues and Subscriptions | 640.00 | 1,398.00 |
| Fundbox Loan | 1,460.17 |  |
| Insurance |  | 1,429.91 |
|   General Liability | 4,953.66 | 3,408.05 |
|   Workers Comp | 7,186.16 | 3,096.05 |
| **Total Insurance** | 12,139.82 | 7,934.01 |
| Interest Expense | 312,352.65 | 187,545.23 |
| Lease | 3,234.46 | 874.29 |
| Legal & Professional Fees | 35,339.91 | 23,400.00 |
| Meals & Entertainment |  |  |
|   Entertainment |  | 104.94 |
|   Meals - Employee | 3,770.50 | 1,255.33 |
|   Meals - Business Promotion | 198.71 | 329.82 |
|   Travel Meals | 300.00 | 451.75 |
| **Total Meals & Entertainment** | 4,269.21 | 2,141.84 |
| Miscellaneous | 397.77 | 8.23 |
| Office Supplies | 16,655.16 | 10,273.38 |
| Payroll Expenses | 22,697.07 |  |
|   Company Contributions |  |  |
|     Health Insurance | 6,168.92 | 4,931.31 |
|     Retirement | 5,348.55 |  |
| **Total Company Contributions** | 11,517.47 | 4,931.31 |
|   ERC Tax Credit Income | -109,895.39 | -23,342.00 |
|   Taxes | 43,607.76 | 20,266.14 |
|   Wages | 570,446.55 | 325,690.25 |
| **Total Payroll Expenses** | 538,373.46 | 327,545.70 |
| Penalties & Fees | 3,229.61 | 298.71 |
| Postage and Delivery | 129.22 | 136.60 |
| Reimbursements | 698.59 |  |
| Rent Expense | 47,994.00 | 22,092.00 |
| Repairs and Maintenance | 15,106.74 | 1,094.79 |

# Generator Technologies, LLC

## Statements of Revenue and Expenses-Tax Basis
### January - December 2021

|  | TOTAL | |
|---|---:|---:|
|  | JAN - DEC 2021 | JAN - DEC 2020 (PY) |
| Taxes & Licenses | 2,112.47 | 25.00 |
|   Business Licenses and Permits | 675.96 | 670.61 |
|   Property & Local Taxes | 78.83 | |
|   Taxes Other | 1,451.05 | 230.62 |
| **Total Taxes & Licenses** | **4,318.31** | **926.23** |
| Telephone Expense | 17,618.73 | 7,849.54 |
| Tools and Small Equipment - Expense | 561.73 | 789.13 |
| Travel | | |
|   Lodging | 2,420.74 | 2,440.45 |
|   Transportation | 7,823.45 | 5,208.99 |
| **Total Travel** | **10,244.19** | **7,649.44** |
| Uniforms | 200.00 | 1,051.48 |
| Utilities | 2,441.20 | |
| **Total Expenses** | **$1,261,770.37** | **$745,322.96** |
| NET OPERATING INCOME | $97,129.22 | $ -96,423.16 |
| Other Income | | |
|   Cares Act - MS  Grant Income | | 25,000.00 |
|   CARES ACT EDIL | | 5,000.00 |
|   Interest Income | | 2,586.63 |
|   Other Miscellaneous Income | 536.09 | |
| **Total Other Income** | **$536.09** | **$32,586.63** |
| NET OTHER INCOME | $536.09 | $32,586.63 |
| NET INCOME | $97,665.31 | $ -63,836.53 |

**Note**
Substantially all disclosures ordinarily included in tax basis financial statements are omitted, and no assurance is provided on these financial statements.