SO ORDERED,



Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 6, 2022

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **GENERATOR TECHNOLOGIES, LLC**                    **CHAPTER 11**
         **Debtor**                                          **CASE NO. 22-00833-JAW**

## AGREED ORDER

THIS CAUSE having come on to be heard on the *Motion to Enforce Automatic Stay and for Other Relief* (the "Motion") [DK #30] and the Objection [DK #42] filed by Ellen Foster ("Respondent"), the Court having been advised that the parties have agreed that the Motion shall be withdrawn, the Court does hereby find as follows, to-wit:

The Motion should be, and hereby is, withdrawn.

### # # # END OF ORDER # # #

APPROVED AND AGREED:

_____
Craig M. Geno
Counsel for Generator Technologies, LLC


_____
B. Blake Teller
Counsel for Ellen Foster

SUBMITTED BY:

Craig M. Geno, Esq.; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 Telephone
601-427-0050 Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Generator Technologies, LLC\Pleadings\Order Withdrawing Mot to Enforce Automatic Stay Against Ellen Foster 7-1-22.wpd

2