## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **GENERATOR TECHNOLOGIES, LLC**      **CHAPTER 11**
      **Debtor**      **CASE NO. 22-00833-JAW**

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES DURING THE ADMINISTRATIVE PHASE OF THE CASE FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC**

COMES NOW the Law Offices of Craig M. Geno, PLLC (the "Applicant"), and files this its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses During the Administrative Phase of the Case* (the "Application"), and in support thereof would show unto the Court the following, to-wit:

1.      On April 29, 2022, the Debtor herein filed with this Court its original Petition for reorganization under Chapter 11 of the Bankruptcy Code.

2.      An Order **[DK #88]** authorizing the employment of the Law Offices of Craig M. Geno, PLLC as counsel for the Debtor was entered on June 6, 2022.

3.      The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4.      The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5.     This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from April 25, 2022, to and including July 29, 2022, and is for the sum of $36,717.88 ($33,970.00 in fees and $2,747.88 in expenses), less any retainer balance remaining.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein, and authorizing and directing the Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

THIS, the _/st_ day of August, 2022.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By:_____
    Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt Generator Technologies, LLC\Fee Apps\CMG\1st\Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

Kimberly D. Strong
Subchapter V Trustee
kstrong@hrkcpa.com

THIS, the _____ day of August, 2022.

_____
Craig M. Geno

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **GENERATOR TECHNOLOGIES, LLC**                    **CHAPTER 11**
            **Debtor**                              **CASE NO. 22-00833-JAW**

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **GENERATOR TECHNOLOGIES, LLC**                              **CHAPTER 11**
           **Debtor**                                                    **CASE NO. 22-00833-JAW**

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses During the Administrative Phase of the Case for the Law Offices of Craig M. Geno, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses.  Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the ____ day of August, 2022.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES _June 21, 2025_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 120626
KATHRYN LAWSON CARTER
Commission Expires
June 21, 2025
MADISON COUNTY

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:          **GENERATOR TECHNOLOGIES, LLC**                    **CHAPTER 11**
                **Debtor**                                                             **CASE NO. 22-00833-JAW**

# EXHIBIT "B"

## *Law Offices of Craig M. Geno, PLLC*
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048                    Fax:601-427-0050

Generator Technologies, LLC                                          July 29, 2022
2187 Highway 51
Suite B
Madison, MS-Mississippi
39110 USA
                                                      File #:        322007
**Attention:**   Les & Cheryl Battles                 Inv #:         347671

**RE:**    Chapter 11 - SubV

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-25-22 | Review and revision of draft Petition | 0.25 | 100.00 | CMG |
| | Assist CMG setting up file, drafting Petition, New Client Data Sheet | 0.50 | 100.00 | KLC |
| Apr-29-22 | Telephone conference with Les Battles re timing of filing | 0.10 | 40.00 | CMG |
| | Review case administrator assignment | 0.10 | 40.00 | CMG |
| | Review notice of deficiency re creditor matrix, list of 20 largest unsecured creditors, corporate ownership statement | 0.15 | 60.00 | CMG |
| | Review notice of deficiency re small business documents | 0.20 | 80.00 | CMG |
| | Review notice of deficiency for schedules and statement of financial affairs | 0.20 | 80.00 | CMG |
| | Review memo from Keisha Moore re reminder of need to file application to employ | 0.10 | 40.00 | CMG |
| | Review order re tax account | 0.20 | 80.00 | CMG |
| | Receipt and review of Order re taxes; calendar deadline to open tax account and notify UST | 0.10 | 20.00 | KLC |

Invoice #:    347671          Page  2                     July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Receipt and review of Deficiency Notice; calendar deadline to file Equity Security Holders, Schedules, SOFA, Attorney Disclosure Statement | 0.10 | 20.00 | KLC |
| | Receipt and review of Deficiency Notice; calendar deadline to file small business documents | 0.10 | 20.00 | KLC |
| | Receipt and review of Deficiency Notice; calendar deadline to file Matrix, Corporate Ownership Statement, 20 Largest Unsecured Creditors | 0.10 | 20.00 | KLC |
| | Assist CMG revising Petition | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Matrix | 1.80 | 360.00 | KLC |
| May-01-22 | Review memos to/from John Majewski, representative of Entergy, re maintenance of ordinary course of business payments in lieu of bond | 0.25 | 100.00 | CMG |
| May-02-22 | Review memos to/from KLC; Review matrix and 20 largest unsecured creditors and comment on same | 0.35 | 140.00 | CMG |
| | Review memos to/from KLC re stopping payments on trucks | 0.20 | 80.00 | CMG |
| | Assist CMG revising Matrix | 0.25 | 50.00 | KLC |
| | Assist CMG drafting and revising List of 20 Largest Unsecured Creditors, Corporate Ownership Statement, Schedules D, E/F | 0.60 | 120.00 | KLC |
| May-03-22 | Review appointment of Chapter 11 trustee | 0.20 | 80.00 | CMG |
| | Review status conference notice | 0.20 | 80.00 | CMG |
| | Review memos to/from Chris Steiskal, Kim Strong re scheduling 341 | 0.20 | 80.00 | CMG |
| | Receipt and review of Notice of 1188(a) Status Conference; calendar deadline to submit status report and hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| May-04-22 | Review notice of meeting of creditors | 0.20 | 80.00 | CMG |

Invoice #:     347671                    Page   3                              July 29, 2022

|  | | | | |
|---|---|---|---|---|
|  | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| May-05-22 | Review UnitedHealthcare proof of claim | 0.20 | 80.00 | CMG |
| May-06-22 | Review Ally notice | 0.20 | 80.00 | CMG |
|  | Review accounting documents and related matters; Review and revision of balance sheet disclosures | 0.55 | 220.00 | CMG |
|  | Review income tax return for tax year 2020 | 1.00 | 400.00 | CMG |
|  | Review UnitedHealthcare claim and updated claim | 0.25 | 100.00 | CMG |
|  | Review notice from Community Bank | 0.15 | 60.00 | CMG |
| May-09-22 | Review and revision of Rule 2016(b) statement | 0.15 | 60.00 | CMG |
|  | Dictation of application to employ | 0.45 | 180.00 | CMG |
|  | Dictation of notice re application to employ | 0.15 | 60.00 | CMG |
|  | Dictation of certificate of service re application to employ | 0.15 | 60.00 | CMG |
|  | Dictation of order on application to employ; Review and revision of same; Review and revision of application to employ | 0.45 | 180.00 | CMG |
|  | Review filed order re scheduling and status | 0.10 | 40.00 | CMG |
|  | Review notice/required action re filing application to employ | 0.10 | 40.00 | CMG |
|  | Review proof of claim of AmeriCredit Financial Services | 0.35 | 140.00 | CMG |
|  | Assist CMG drafting Attorney Disclosure Statement, Application to Employ CMG, Notice, Certificate of Service and Order re same | 0.40 | 80.00 | KLC |
|  | Organize and supervise mailout of Application to Employ CMG | 0.50 | 100.00 | KLC |

Invoice #:      347671                  Page   4                                July 29, 2022

| | | | | |
|---|---|---|---|---|
| May-10-22 | Review extensive memos to/from client, Intuit, customer re protest and dispute of charges, results | 1.00 | 400.00 | CMG |
| | Telephone conference with customer re violation of the automatic stay | 0.25 | 100.00 | CMG |
| May-11-22 | Telephone conference with John Bullard (vm) re motion for sanctions | 0.10 | 40.00 | CMG |
| | Dictation of motion for sanctions | 1.25 | 500.00 | CMG |
| | Review and revision of motion for sanctions | 0.35 | 140.00 | CMG |
| | Dictation of motion and order to expedite hearing on motion for sanctions; Review and revision of same | 0.40 | 160.00 | CMG |
| | Telephone conference with Noble Lee re claims to assert for failure to deliver generator | 0.10 | 40.00 | CMG |
| | Review notice from Laura Courtney | 0.15 | 60.00 | CMG |
| | Review memos to/from Candice Ramage re submission of order on expedited hearing request and proposed hearing dates | 0.20 | 80.00 | CMG |
| | Review proof of claim of Maurice James | 0.25 | 100.00 | CMG |
| | Telephone conference with John Bullard (counsel to Ellen Foster) re claims for stay violation | 0.20 | 80.00 | CMG |
| | Review memos to/from client re bank actions on stay violations | 0.20 | 80.00 | CMG |
| | Review additional memos to/from Candice Ramage re hearing date/time re stay motion | 0.20 | 80.00 | CMG |
| | Assist CMG drafting and revising Motion to Enforce Stay Against Ellen Foster, Motion to Expedite Hearing and Order re same | 0.80 | 160.00 | KLC |
| May-12-22 | Review memos to/from Cheryl Battles re bank reversing payment on Ellen Foster claim | 0.25 | 100.00 | CMG |
| | Dictation of certificate of service on Ellen Foster motion | 0.15 | 60.00 | CMG |

Invoice #:      347671                    Page   5                         July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Review memos to/from Cheryl Battles re former sales manager automobile accident and leaving without notice | 0.20 | 80.00 | CMG |
| | Review docket entry and docket updates re motion for sanctions and motion to expedite hearing re same | 0.10 | 40.00 | CMG |
| | Review notice of hearing on sanctions motion | 0.20 | 80.00 | CMG |
| | Review MDOR proofs of claim | 0.25 | 100.00 | CMG |
| | Receipt and review of Order on Motion to Expedite Hearing on Motion to Enforce Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| | Assist CMG drafting Resolution | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Enforce Stay Against Ellen Foster | 0.10 | 20.00 | KLC |
| | Organize and supervise mailout of Motion to Enforce Stay Against Ellen Foster | 0.70 | 140.00 | KLC |
| May-13-22 | Review memos to/from client re Generac letters submitted to client base and related outlines | 0.55 | 220.00 | CMG |
| | Review memos to/from Mrs. Battles re extension of time to complete schedules | 0.20 | 80.00 | CMG |
| | Dictation of motion, order; Review and revision of same re extension of time to file schedules | 0.45 | 180.00 | CMG |
| | Assist CMG drafting Motion to Enforce Stay Against Doug Rogers | 0.20 | 40.00 | KLC |
| | Assist CMG drafting Motion for Additional Time to File Schedules, etc. and Order re same | 0.15 | 30.00 | KLC |
| May-16-22 | Review proof of claim from Harold Shannon | 0.25 | 100.00 | CMG |
| | Review proof of claim from Tom Gerity | 0.25 | 100.00 | CMG |
| | Review of amended and updated claim from Tom Gerity | 0.25 | 100.00 | CMG |

Invoice #:      347671                    Page   6                                      July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Review proof of claim from Ken and Donna Melichar | 0.25 | 100.00 | CMG |
| | Review proof of claim from Henrietta Miller | 0.25 | 100.00 | CMG |
| | Review memos to/from Blake Teller re claim of Beau Chaney and confirmation of intent to honor same | 0.20 | 80.00 | CMG |
| | Review further memos to/from Blake Teller re Beau Chaney and his claim, fulfilling Chaney contract | 0.20 | 80.00 | CMG |
| | Assist CMG revising Motion to Enforce Stay Against Doug Rogers | 0.10 | 20.00 | KLC |
| | Receipt and review of Order on Motion for Additional Time to File Required Documents; calendar deadline to file Schedules, SOFA, List of Equity Security Holders | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Motion to Enforce Stay Against Intuit Inc. | 0.55 | 110.00 | KLC |
| May-17-22 | Review IRS proof of claim | 0.35 | 140.00 | CMG |
| | Dictation of various motions/orders to expedite; Review and revision of same; Dictation of certificate of service | 0.75 | 300.00 | CMG |
| | Telephone conferences with Candice Ramage re scheduling issues | 0.25 | 100.00 | CMG |
| | Review proof of claim of Crosby Tanner | 0.25 | 100.00 | CMG |
| | Assist CMG drafting and revising Motions to Expedite Hearing and Orders re Motions to Enforce Stay Against Doug Rogers and Intuit Inc. | 0.20 | 40.00 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Enforce Stay Against Intuit Inc. | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Enforce Stay Against Doug Rogers | 0.10 | 20.00 | KLC |
| | Organize and supervise mailout of Motion to Enforce Stay Against Intuit Inc. and Motion to Enforce Stay Against Doug Rogers | 1.10 | 220.00 | KLC |

Invoice #:      347671                     Page   7                                July 29, 2022

| | | | | |
|---|---|---|---|---|
| May-18-22 | Review memo from Cheryl Battles re "freezing" and suspension of Generac contracts and banking/finance information | 0.20 | 80.00 | CMG |
| | Dictation of letter to Generac re stay violation, assumption of executory contract and request for cooperation | 0.25 | 100.00 | CMG |
| | Dictation of resolution authorizing case; Review and revision of same; Review memo from KLC to client re resolution to be executed | 0.25 | 100.00 | CMG |
| | Receipt and review of Order on Motion to Expedite Hearing on Motion to Enforce Stay Against Doug Rogers; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| | Receipt and review of Order on Motion to Expedite Hearing on Motion to Enforce Stay Against Intuit; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| | Receipt and review of Order Resetting Hearing on Motion to Enforce Stay Against Ellen Foster; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Assist CMG drafting letter to Generac re automatic stay | 0.20 | 40.00 | KLC |
| | Assist CMG drafting Supplemental Certificate of Service re Motion to Enforce Stay Against Intuit Inc. | 0.15 | 30.00 | KLC |
| | Assist CMG drafting Supplemental Certificate of Service re Motion to Enforce Stay Against Doug Rogers | 0.15 | 30.00 | KLC |
| May-19-22 | Review numerous, extensive memos to/from client, Applied Bank, Synchrony Bank, Generac re numerous automatic stay violations, threats and claims of breach of numerous contracts between the Debtor and all of those entities | 1.50 | 600.00 | CMG |
| | Assist CMG drafting IDI documents | 0.10 | 20.00 | KLC |
| May-20-22 | Review numerous memos to/from client, bank, | 0.75 | 300.00 | CMG |

Invoice #:      347671                    Page   8                                    July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Generac and related entities concerning operations, bank account information and automatic stay violations | | | |
| | Review and revision of initial debtor interview documents as submitted by client, conference with KLC re same | 0.85 | 340.00 | CMG |
| | Review notice from Americredit Financial Services | 0.10 | 40.00 | CMG |
| | Assist CMG reviewing and preparing IDI documents for production to UST | 0.45 | 90.00 | KLC |
| May-23-22 | Review proof of claim of Ernest Pilgrim | 0.25 | 100.00 | CMG |
| | Review proof of claim of Robert Pope | 0.25 | 100.00 | CMG |
| | Attended IDI | 0.75 | 300.00 | CMG |
| | Review memos to/from Generac re status of executory contracts, financing of balance of purchase price and related issues | 0.25 | 100.00 | CMG |
| | Assist CMG performing UCC search | 0.30 | 60.00 | KLC |
| May-24-22 | Review proof of claim submitted by Community Bank | 0.35 | 140.00 | CMG |
| | Dictation of motion for sanctions against Jim Fitchie; Review and revision of same; Dictation of motion and order to expedite hearing on Fitchie | 0.75 | 300.00 | CMG |
| | Review memos to/from Cheryl Battles re lack of generators from Generac | 0.25 | 100.00 | CMG |
| | Review proof of claim from Fritz Katzenmeyer | 0.25 | 100.00 | CMG |
| | Assist CMG drafting Motion to Enforce Stay Against Jim Fitchie, Certificate of Service re same, Motion to Expedite Hearing and Order re same | 0.20 | 40.00 | KLC |
| | Organize and supervise mailout of Motion to Enforce Stay Against Jim Fitchie | 0.15 | 30.00 | KLC |
| | Assist CMG drafting and revising | 0.60 | 120.00 | KLC |

Invoice #:    347671                    Page  9                              July 29, 2022

|  |  |  |  |  |
|---|---|---|---|---|
|  | Schedules A/B, D, E/F, G, H, List of Equity Security Holders |  |  |  |
| May-25-22 | Review proof of claim of Wells Fargo | 0.30 | 120.00 | CMG |
|  | Review file re Generac call to confirm credit hold | 0.15 | 60.00 | CMG |
|  | Review POC from Clarence Evans | 0.25 | 100.00 | CMG |
|  | Review POC of Jim Fitchie | 0.25 | 100.00 | CMG |
|  | Review notices from Walter Newman, MDOR | 0.20 | 80.00 | CMG |
| May-26-22 | Telephone conferences with Blake Teller, review his exhibits for hearing re claims of Ellen Foster | 0.25 | 100.00 | CMG |
|  | Telephone conference with Cheryl Battles re hearing issues and pretrial preparation | 0.20 | 80.00 | CMG |
|  | Review proof of claim of Billy Horne | 0.20 | 80.00 | CMG |
|  | Review memos to/from Randall Eubanks re post-petition debt | 0.20 | 80.00 | CMG |
|  | Review memos to/from Bradley Alexander, client re IDI deficiencies and cure | 0.20 | 80.00 | CMG |
|  | Review file and court docket re: 5/27/22 hearing on Motion to Enforce Stay Against Ellen Foster; prepare hearing folder for same | 0.25 | 50.00 | KLC |
|  | Assist CMG preparing exhibits for 5/27/22 hearings | 0.15 | 30.00 | KLC |
| May-27-22 | Review proof of claim of MDOR | 0.25 | 100.00 | CMG |
|  | Conference with client re final preparation for hearings | 0.65 | 260.00 | CMG |
|  | Telephone conference with Blake Teller re abatement of hearing | 0.20 | 80.00 | CMG |
|  | Attended hearing on motion for sanctions; Follow up conference with client | 1.50 | 600.00 | CMG |
|  | Review reset order re motion for sanctions | 0.20 | 80.00 | CMG |

Invoice #:   347671                Page   10                                July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Review Roland Brown POC | 0.25 | 100.00 | CMG |
| | Review Barlow POC | 0.25 | 100.00 | CMG |
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Intuit Inc.; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Ellen Foster; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Assist CMG drafting and revising Schedules, SOFA, List of Equity Security Holders, draft email to Cheryl Battle re same | 0.65 | 130.00 | KLC |
| May-31-22 | Review Bruce Milam proof of claim | 0.25 | 100.00 | CMG |
| | Review Randy Boudreaux proof of claim | 0.25 | 100.00 | CMG |
| | Review proof of claim of Kerwin Brandon | 0.25 | 100.00 | CMG |
| | Review proof of claim of Stan and Martha Lawson | 0.25 | 100.00 | CMG |
| | Review and revision of statement of financial affairs | 0.45 | 180.00 | CMG |
| | Review memos to/from Cheryl Battles re her inability to get documents filed on time | 0.20 | 80.00 | CMG |
| | Review memos to/from Chris Steiskal re adjournment and postponement of creditors' meeting | 0.20 | 80.00 | CMG |
| | Dictation of motion/order for additional time to file schedules; Review and revision of same | 0.40 | 160.00 | CMG |
| | Review proof of claim of Linda Cooksey | 0.25 | 100.00 | CMG |
| | Review proof of claim of Elnora Patton | 0.25 | 100.00 | CMG |
| | Review Ally POC | 0.35 | 140.00 | CMG |
| | Assist CMG drafting and revising Schedules, SOFA | 0.55 | 110.00 | KLC |

Invoice #:      347671                    Page    11                                    July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Assist CMG drafting and revising 2nd Motion to Extend Time to File Schedules and Order re same | 0.20 | 40.00 | KLC |
| Jun-01-22 | Attended 341 | 1.45 | 580.00 | CMG |
| | Review memos to/from Cheryl Battles re bank account, Chase claim, 341 results and conversion to Chapter 7 | 0.25 | 100.00 | CMG |
| | Review statement adjourning 341 meeting | 0.20 | 80.00 | CMG |
| | Review orders; Draft additional pleadings and certificates of service re stay violations; Conference with KLC re same | 0.45 | 180.00 | CMG |
| | Review Sam Courtney proof of claim | 0.25 | 100.00 | CMG |
| | Review Ally Capital request | 0.15 | 60.00 | CMG |
| | Review proof of claim of Cecille Roberts | 0.25 | 100.00 | CMG |
| | Assist CMG revising Schedules | 0.50 | 100.00 | KLC |
| | Assist CMG revising Order on Motion to Expedite Hearing on Motion to Enforce Stay Against Jim Fitchie | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Enforce Stay Against Jim Fitchie | 0.10 | 20.00 | KLC |
| | Organize and supervise mailout of Motion to Enforce Stay Against Jim Fitchie | 0.50 | 100.00 | KLC |
| Jun-02-22 | Review memos to/from Barbara Blackmon re status of her order, inability to peg a date certain for fulfilling | 0.25 | 100.00 | CMG |
| | Receipt and review of Order on 2nd Motion to Extend Time to File Required Documents; calendar deadline to file Schedules | 0.10 | 20.00 | KLC |
| | Receipt and review of Minutes from continued Meeting of Creditors; calendar deadline to cure deficiencies and continued hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| | Receipt and review of Order on Motion to Expedite Hearing re Motion to Enforce Stay | 0.15 | 30.00 | KLC |

Invoice #:      347671                     Page    12                                July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Against Jim Fitchie; calendar hearing date and objection deadline to trigger preparation of hearing folder | | | |
| | Assist CMG drafting Supplemental Certificate of Service re Order Resetting Hearing on Motion to Enforce Stay Against Intuit Inc. | 0.20 | 40.00 | KLC |
| | Assist CMG drafting Motion to Enforce Stay Against Richard Palmer, Motion to Expedite Hearing and Order re same | 0.20 | 40.00 | KLC |
| | Organize and supervise mailout of Order Resetting Hearing on Motion to Enforce Stay Against Intuit Inc. | 0.25 | 50.00 | KLC |
| | Assist CMG revising Schedules and drafting email to Cheryl Battles re same | 1.00 | 200.00 | KLC |
| Jun-03-22 | Dictation of status report | 0.85 | 340.00 | CMG |
| | Review and revision of status report | 0.25 | 100.00 | CMG |
| | Review proof of claim of Shirley Monroe | 0.25 | 100.00 | CMG |
| | Review proof of claim of Billy Horne | 0.25 | 100.00 | CMG |
| | Review memos to/from Cheryl Battles re schedules, next hearing dates and related matters | 0.20 | 80.00 | CMG |
| | Assist CMG revising Motion to Enforce Stay Against Richard Palmer | 0.10 | 20.00 | KLC |
| | Organize and supervise mailout of Motion to Enforce Stay Against Richard Palmer | 0.15 | 30.00 | KLC |
| | Assist CMG drafting 1188(c) Status Report and Certificate of Service re same | 0.35 | 70.00 | KLC |
| Jun-06-22 | Review memos to/from Cheryl Battles re schedules, Palmer chargeback | 0.25 | 100.00 | CMG |
| | Review POC of Roosevelt Joiner | 0.25 | 100.00 | CMG |
| | Conference with KLC re confusing inventory itemizations, descriptions and values | 0.20 | 80.00 | CMG |
| | Review and revision of schedules | 1.00 | 400.00 | CMG |

Invoice #:    347671                    Page   13                              July 29, 2022

|  |  |  |  |  |
|---|---|---|---|---|
|  | Final review and revision of status report | 0.50 | 200.00 | CMG |
|  | Receipt and review of Order re Motion to Expedite Hearing on Motion to Enforce Stay Against Richard Palmer; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
|  | Assist CMG revising 1188(c) Status Report | 0.10 | 20.00 | KLC |
|  | Organize and supervise mailout of 1188(c) Status Report | 1.35 | 270.00 | KLC |
|  | Assist CMG drafting Certificate of Service re Motion to Enforce Stay Against Richard Palmer | 0.15 | 30.00 | KLC |
|  | Organize and supervise mailout of Motion to Enforce Stay Against Richard Palmer | 0.20 | 40.00 | KLC |
|  | Assist CMG drafting and revising Schedules | 0.75 | 150.00 | KLC |
| Jun-07-22 | Review memos to/from Cheryl Battles re Generac stay issues | 0.25 | 100.00 | CMG |
|  | Review memos to/from client, Generac re performance of dealer/distribution agreement | 0.20 | 80.00 | CMG |
| Jun-08-22 | Review Larry Reedy POC | 0.25 | 100.00 | CMG |
|  | Review memos to/from Slice merchant re account at issue and account closing/chargeback | 0.25 | 100.00 | CMG |
|  | Review notice from Myles Cross | 0.20 | 80.00 | CMG |
|  | Review Myles Cross POC | 0.25 | 100.00 | CMG |
| Jun-09-22 | Review POC of Ben Nelson Golf | 0.25 | 100.00 | CMG |
|  | Review Alice Jackson POC | 0.25 | 100.00 | CMG |
|  | Telephone conference with Jeff Barber re case background, status and related issues | 0.45 | 180.00 | CMG |
|  | Review Ally POC | 0.65 | 260.00 | CMG |

Invoice #:      347671                        Page   14                                    July 29, 2022

| | | | | |
|---|---|---|---|---|
| Jun-10-22 | Review memos from Larry Reedy re place in line, workout through escrow | 0.25 | 100.00 | CMG |
| Jun-13-22 | Review proof of claim of Clark Bobst | 0.25 | 100.00 | CMG |
| | Receipt and review of Notice of Deficiency re Amended Schedules; calendar deadline to file Amended Matrix | 0.10 | 20.00 | KLC |
| Jun-14-22 | Telephone conference with Jeff Leber re his contract and assumption | 0.20 | 80.00 | CMG |
| | Review memos to/from Cheryl Battles re update with Costco shipments and agreements, open Synchrony accounts, adding customers to the matrix and additional requests for Slice information | 0.25 | 100.00 | CMG |
| | Review proof of claim of Guzel Dempsey | 0.25 | 100.00 | CMG |
| | Review proof of claim of Jo Lynn Williams | 0.25 | 100.00 | CMG |
| | Review proof of claim of Jesse Lidge | 0.25 | 100.00 | CMG |
| | Review memos to/from Jeff Barber re Generac response to compliance with distributorship agreement, client response to Generac request for documents; Review update on client response to document generation and Generac requests | 0.30 | 120.00 | CMG |
| | Review memos to/from Cheryl Battles; Review Synchrony financed order list | 0.35 | 140.00 | CMG |
| | Review memo from Cheryl Battles and review Costco correspondence and efforts to continue Costco business | 0.25 | 100.00 | CMG |
| Jun-15-22 | Review memos to/from Candice Ramage re order on Doug Rogers | 0.20 | 80.00 | CMG |
| | Attended meeting of creditors | 2.50 | 1,000.00 | CMG |
| | Review meeting of creditors minutes and memo from Office of UST | 0.20 | 80.00 | CMG |
| Jun-16-22 | Review memos to/from client re general rejections of unprofitable sales contracts, claims against defaming creditor | 0.25 | 100.00 | CMG |

Invoice #:     347671                    Page    15                              July 29, 2022

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review proof of claim of Bill Richardson | 0.25 | 100.00 | CMG |
|  | Receipt and review of Minutes from Meeting of Creditors; calendar deadline to cure deficiencies | 0.10 | 20.00 | KLC |
| Jun-17-22 | Review POC from Myra & Steve Norville | 0.20 | 80.00 | CMG |
|  | Assist CMG drafting Amended Schedule G and Amended Matrix | 0.30 | 60.00 | KLC |
| Jun-20-22 | Review numerous memos to/from Cheryl Battles re documents for production at hearings | 0.25 | 100.00 | CMG |
|  | Telephone conference with Blake Teller re withdrawal of claim against Ellen Foster | 0.15 | 60.00 | CMG |
|  | Conference with KLC to prepare exhibits and hearing folders | 0.25 | 100.00 | CMG |
|  | Review file and court docket re: 6/21/22 hearing on Motion to Enforce Stay Against Intuit Inc.; prepare hearing folder and exhibits for same | 0.50 | 100.00 | KLC |
|  | Review file and court docket re: 6/21/22 hearing on Motion to Enforce Stay Against Jim Fitchie; prepare hearing folder and exhibits for same | 0.35 | 70.00 | KLC |
|  | Review file and court docket re: 6/21/22 hearing on Motion to Enforce Stay Against Richard Palmer; prepare hearing folder and exhibits for same | 0.35 | 70.00 | KLC |
|  | Assist CMG drafting Notice of Amendment to Schedule G, Notice to Added Creditors and revise Amended Matrix | 0.80 | 160.00 | KLC |
| Jun-21-22 | Conference with clients re hearing testimony | 0.55 | 220.00 | CMG |
|  | Legal research re automatic stay violations | 0.75 | 300.00 | CMG |
|  | Attended hearings on stay violations | 2.85 | 1,140.00 | CMG |
|  | Organize and supervise mailout of Notice to Added Creditors and Notice of Amendment to Schedule G | 0.50 | 100.00 | KLC |

Invoice #:      347671                    Page   16                              July 29, 2022

| | | | | |
|---|---|---|---|---|
| Jun-22-22 | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Inituit Inc.; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Doug Rogers; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Jun-23-22 | Assist CMG drafting Notice of Change of Address for Mary Fehr | 0.10 | 20.00 | KLC |
| Jun-28-22 | Review memos to/from Blake Teller re dismissal of claim against Ellen Foster | 0.20 | 80.00 | CMG |
| | Dictation of order withdrawing motion for sanctions against Ellen Foster | 0.25 | 100.00 | CMG |
| Jul-01-22 | Assist CMG drafting Order Withdrawing Motion to Enforce Stay Against Ellen Foster | 0.15 | 30.00 | KLC |
| Jul-07-22 | Review memos to/from Ms. Battles re sale of forklift | 0.25 | 100.00 | CMG |
| | Dictation of motion and order to sell forklift | 1.00 | 400.00 | CMG |
| | Review and revision of motion and order to sell forklift | 0.20 | 80.00 | CMG |
| | Dictation of motion and order to expedite hearing on sale of forklift | 0.40 | 160.00 | CMG |
| | Review and revision of motion to expedite hearing on motion to sell forklift | 0.20 | 80.00 | CMG |
| | Conference KLC re hearing dates on motion to sell forklift | 0.15 | 60.00 | CMG |
| | Dictation of certificate of service re sale motion | 0.25 | 100.00 | CMG |
| | Review memos to/from Ms. Battles re incorrect IRS submission | 0.20 | 80.00 | CMG |
| | Review memos to/from Jim Spencer re execution of modification ∩f deed of trust and motion to compel | 0.20 | 80.00 | CMG |
| | Assist CMG drafting and revising Motion to Sell Forklift, Certificate of Service and | 1.00 | 200.00 | KLC |

Invoice #:      347671                    Page   17                              July 29, 2022

|  | | | | |
|---|---|---|---|---|
|  | Order re same, Motion to Expedite Hearing and Order re same | | | |
| Jul-08-22 | Receipt and review of Order on Motion to Expedite Hearing re Motion to Sell Forklift; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
|  | Assist CMG drafting Certificate of Service re Motion to Sell Forklift | 0.10 | 20.00 | KLC |
|  | Organize and supervise mailout of Motion to Sell Forklift | 0.40 | 80.00 | KLC |
| Jul-10-22 | Review memos to/from Frank White re Intuit response | 0.25 | 100.00 | CMG |
|  | Review memos to/from Andrew Wilson; Review draft Blue Cross Blue Shield agreed order | 0.65 | 260.00 | CMG |
| Jul-11-22 | Telephone conference with Frank White re case status, funding and possible settlement | 0.25 | 100.00 | CMG |
|  | Review memos to/from Frank White re settlement and documentation of it | 0.20 | 80.00 | CMG |
|  | Review and revision of motion to sell assets; Review updated information on one truck that may be underwater | 0.35 | 140.00 | CMG |
|  | Assist CMG drafting Motion to Sell Trucks | 0.30 | 60.00 | KLC |
| Jul-12-22 | Assist CMG drafting Certificate of Service and Order re Motion to Sell Trucks, Motion to Expedite Hearing and Order re same | 0.15 | 30.00 | KLC |
|  | Assist CMG drafting Agreed Order on Motion to Sell Forklift | 0.15 | 30.00 | KLC |
| Jul-13-22 | Review Inituit agreement, memos to/from Frank White re payment medium | 0.25 | 100.00 | CMG |
|  | Review order on motion to expedite hearing on motion to sell trucks | 0.20 | 80.00 | CMG |
|  | Receipt and review of Order on Motion to Expedite Hearing re Motion to Sell Trucks; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |

Invoice #:      347671                      Page    18                              July 29, 2022

| | | | | |
|---|---|---|---|---|
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Doug Rogers; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Intuit Inc.; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Agreed Order on Motion to Sell Trucks | 0.15 | 30.00 | KLC |
| | Assist CMG drafting Certificate of Service re Motion to Sell Trucks | 0.10 | 20.00 | KLC |
| Jul-14-22 | Review memos to/from Frank White; Review Intuit settlement agreement; Dictation of memo to client re settlement agreement and instructions as to execution of it | 0.75 | 300.00 | CMG |
| | Organize and supervise mailout of Motion to Sell Trucks | 0.70 | 140.00 | KLC |
| Jul-18-22 | Review order on motion to expedite hearing on sale of vehicles | 0.20 | 80.00 | CMG |
| | Review memos to/from Frank White re additional information from Intuit, continued demands by Intuit | 0.20 | 80.00 | CMG |
| | Review memos to/from Candice Ramage, Cheryl Battles re cancelled hearing | 0.25 | 100.00 | CMG |
| | Conference with client re new litigation and claims, execution of settlement agreement and review Intuit comments on same | 0.20 | 80.00 | CMG |
| | Review memos to/from client re adding trailers to sale efforts | 0.20 | 80.00 | CMG |
| | Review memos to/from landlord re updates on inspection and possible listing of property for sale | 0.20 | 80.00 | CMG |
| | Review and revision of sale order on vehicles; Review memos to/from Chris Steiskal approving agreed order on motion to sell certificated vehicles | 0.20 | 80.00 | CMG |

Invoice #:    347671               Page    19                          July 29, 2022

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| Jul-19-22 | Conference with Walter Newman re sale of generator and delivery | 0.20 | 80.00 | CMG |
| | Review memos to/from Kelly MacNealy re interest in purchasing assets | 0.20 | 80.00 | CMG |
| | Review numerous memos to/from vehicle purchaser re vehicle purchases and inspections | 0.55 | 220.00 | CMG |
| | Review Intuit agreement, memos to/from Frank White re payment medium | 0.25 | 100.00 | CMG |
| | Review memos to/from Candice Ramage, Walter Newman re resetting of hearings | 0.25 | 100.00 | CMG |
| | Review reset hearings re motions to enforce stay | 0.20 | 80.00 | CMG |
| Jul-20-22 | Telephone conference with Kim Strong re case status | 0.20 | 80.00 | CMG |
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Doug Rogers; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Receipt and review of Order Resetting Hearing re Motion to Enforce Stay Against Intuit Inc.; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Jul-27-22 | Review and revision of itemizations | 1.00 | 400.00 | CMG |
| | Dictation of plan draft | 1.85 | 740.00 | CMG |
| | Dictation of application for compensation, notice and COS | 1.25 | 500.00 | CMG |
| | Assist CMG drafting and revising Bills of Sale for the 2015 Toyota Forklift and 2021 FACR cargo trailer | 0.40 | 80.00 | KLC |
| | Assist CMG drafting Rule 9019 Motion to Settle with Intuit | 0.30 | 60.00 | KLC |
| | Assist CMG drafting and revising SubV Plan, Certificate of Service re same and Ballot form | 0.90 | 180.00 | KLC |
| | Assist CMG drafting letter to Les Battles re bills of sale | 0.10 | 20.00 | KLC |

Invoice #: 347671 Page 20 July 29, 2022

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Jul-28-22 | Review and revision of plan | 0.85 | 340.00 | CMG |
| | Review and revision of fee application | 0.25 | 100.00 | CMG |
| | Assist CMG drafting and revising SubV Plan and preparing exhibits for same | 0.70 | 140.00 | KLC |
| | Assist CMG revising Rule 9019 Motion to Settle with Intuit | 0.10 | 20.00 | KLC |
| | Assist CMG reviewing and revising itemizations | 0.10 | 20.00 | KLC |
| Jul-29-22 | Assist CMG drafting and revising CMG's 1st Fee Application, Notice, Certificate of Service and Order re same | 0.55 | 110.00 | KLC |
| | Assist CMG reviewing and revising itemizations | 0.55 | 110.00 | KLC |
| | Assist CMG drafting Notice and Certificate of Service re Rule 9019 Motion to Settle with Intuit | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Certificate of Service re SubV Plan, Ballot | 0.10 | 20.00 | KLC |
| | Receipt and review of Order Fixing Time re SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.20 | 40.00 | KLC |
| | Receipt and review of Clerk's letter re service of SubV Plan; calendar deadline to file ballot summary | 0.10 | 20.00 | KLC |
| | Totals | 100.90 | $33,970.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
| May-09-22 | Photocopies 148 @ $.25 re mailout | 37.00 |
| | Postage 32 @ $.53 re mailout | 16.96 |
| May-10-22 | Long Distance | 3.13 |
| May-12-22 | Photocopies 378 @ $.25 re mailout | 94.50 |
| | Postage 53 @ $.73 re mailout | 38.69 |
| May-17-22 | Photocopies 543 @ $.25 re D. Rogers, Intuit Inc. and mailout | 135.75 |
| | Postage 2 @ $.53 re Intuit Inc. | 1.06 |
| | Postage 1 @ $.73 re Doug Rogers | 0.73 |

Invoice #:      347671                    Page   21                                July 29, 2022

|           |                                           |          |
|-----------|-------------------------------------------|----------|
|           | Postage 57 @ $1.56 re mailout             | 88.92    |
| May-20-22 | COURTS/USBC/MS/S                          | 1,738.00 |
| May-24-22 | Photocopies 51 @ $.25 re mailout          | 12.75    |
|           | Postage 1 @ $.73 re Jim Fitchie           | 0.00     |
| May-26-22 | Long Distance                             | 3.13     |
| May-27-22 | Parking                                   | 7.50     |
| Jun-01-22 | Photocopies 147 @ $.25 re mailout         | 36.75    |
|           | Postage 20 @ $.73 re mailout              | 14.60    |
| Jun-02-22 | Photocopies 14 @ $.25 re Intuit Inc.      | 3.50     |
|           | Postage 2 @ $.53 re Intuit Inc.           | 1.06     |
| Jun-03-22 | Photocopies 7 @ $.25 re Richard Palmer    | 1.75     |
|           | Postage 1 @ $.73 re Richard Palmer        | 0.73     |
| Jun-06-22 | Photocopies 206 @ $.25 re mailout         | 51.50    |
|           | Postage 184 @ $.53 re mailout             | 97.52    |
|           | Postage 1 @ $.73 re R. Palmer             | 0.73     |
| Jun-09-22 | Long Distance                             | 3.13     |
| Jun-19-22 | Fed Express                               | 58.29    |
| Jun-21-22 | Parking                                   | 8.50     |
|           | Photocopies 527 @ $.25 re mailout         | 131.75   |
|           | Photocopies 85 @ $.25/page                | 21.25    |
|           | Postage 2 @ $1.56 re mailout              | 3.12     |
|           | Postage 6 @ $1.76 re mailout              | 10.56    |
| Jul-08-22 | Photocopies 144 @ $.25 re mailout         | 36.00    |
|           | Postage 47 @ $.53 re mailout              | 24.91    |
| Jul-14-22 | Photocopies 147 @ $.25 re mailout         | 36.75    |
|           | Postage 48 @ $.57 re mailout              | 27.36    |

Totals                                                             $2,747.88

**Total Fee & Disbursements**                                      $36,717.88

**Balance Now Due**                                                $36,717.88

**SUMMARY BY TIMEKEEPER**

| TIMEKEEPER         | RATE     | HOURS  | AMOUNT      |
|--------------------|----------|--------|-------------|
| **Craig M. Geno**  | $400.00  | 68.95  | $27,580.00  |
| **Kathryn L. Carter** | $200.00 | 31.95 | $6,390.00  |

TAX ID Number      45-4013160

Invoice #:    347671                  Page   22                                July 29, 2022

## TRUST STATEMENT

|            |                                                      | Disbursements | Receipts |
|------------|------------------------------------------------------|---------------|-----------|
| Apr-25-22  | Received From: Generator Technologies dep to Trust for retainer |               | 10,000.00 |
|            | Total Trust                                          | $0.00         | $10,000.00 |
|            | **Trust Balance**                                    |               | **$10,000.00** |